People v Dean (2017 NY Slip Op 05395)





People v Dean


2017 NY Slip Op 05395


Decided on June 30, 2017


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on June 30, 2017

PRESENT: WHALEN, P.J., SMITH, CARNI, TROUTMAN, AND SCUDDER, JJ. (Filed June 30, 2017.) 


MOTION NO. (1450/12) KA 11-00847.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
WILLIAM M. DEAN, DEFENDANT-APPELLANT.



MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.